UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>KIM M. KUZIORA, d/b/a KUZIORA DEPOSITION REPORTERS,<br><br>Respondent. | Case No:  C 10-03669-SBA |
| LIZA IVINS,<br><br>Plaintiff,<br><br>vs.<br><br>TOOLWORKS, INC., et al.,<br><br>Defendants. | Case No:  C 10-03621-SBA<br><br>**ORDER** |

On September 16, 2010, Plaintiff, who is proceeding pro se, filed a Motion for Respondent to Proceed Pro Se and to E-File.  (Docket No. 11 (Case No. C 10-03669 SBA) and Docket No. 13 (Case No. C 10-03621 SBA)).  Plaintiff requests that she be allowed to e-file documents in the above-captioned matters using the ECF system.  Finding good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff's motion is GRANTED.  Plaintiff is permitted to e-file documents in the above-captioned cases using the ECF system.  Plaintiff should be aware that although she is now representing herself in these matters, she nevertheless is obligated to follow the same rules as represented parties.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (finding that pro per litigants must follow the same procedural rules as

1  represented parties).  Self-representation is not an excuse for non-compliance with court rules.
2  See Swimmer v. I.R.S., 811 F.2d 1343, 1344 (9th Cir. 1987) ("[i]gnorance of court rules does
3  not constitute excusable neglect, even if the litigant appears pro se.") (citation omitted).  It is
4  Plaintiff's responsibility to proceed in a manner consistent with the Federal Rules of Civil
5  Procedure, the Court's Local Rules, the rules regarding Electronic Case Filing, and the
6  standing and other orders of this Court.  Failure to comply with any of these requirements may
7  result in the imposition of sanctions.
8      This Order terminates Docket No. 11 (Case No. C 10-03669 SBA) and Docket No. 13
9  (Case No. C 10-03621 SBA).
10     IT IS SO ORDERED.
11 Dated: September22, 2010
12                                                                 _____
                                                                   SAUNDRA BROWN ARMSTRONG
13                                                                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES et al,

        Plaintiff,

 v.

KUZIORA et al,

        Defendant.
_____/

Case Number: CV10-03669 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liza Ivins
1330 Trinity Drive
Menlo Park, CA 94025

Dated: September 22, 2010
                                      Richard W. Wieking, Clerk

                                                  By: LISA R CLARK, Deputy Clerk