UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Civil Action No. C10-3669 SBA (EMC) |
| Petitioner, | ) ) ) | **STIPULATION TO ENFORCE INSPECTOR GENERAL SUBPOENA; AND ORDER** |
| v. | ) ) | |
| KIM M. KUZIORA, d/b/a KUZIORA DEPOSITION REPORTERS, | ) ) | Hearing: October 21, 2010 |
| Respondent. | ) ) ) | Time: Courtroom C |
| LIZA IVINS | ) | Civil Action No. 10-3621 SBA(EMC) |
| Plaintiff, | ) ) | |
| TOOLWORKS, INC., et al. | ) | |
| Defendants | ) ) | |

Petitioner, through its attorneys of record and Plaintiff and Interested Party, Ms. Liza Ivins, appearing *pro se*, hereby stipulate, subject to the Court's approval, to entry of the following order:

WHEREAS the United States, on behalf of the Office of Inspector General, General Services Administration has petitioned this Court to enforce the Inspector General subpoena served on Respondent Kuziora Deposition Reporters on May 4, 2010;

WHEREAS the subpoena at issue seeks deposition transcripts of Ms. Ivins in the *Ivins v. Toolworks, Inc*. litigation in the County of San Francisco Superior Court Case No. CGC 09-490712.

WHEREAS these matters have been set for hearing on October 21, 2010.

WHEREAS Respondent Kuziora Deposition Reporters previously filed a stipulation with

the United States and again stated its non-opposition to the enforcement of the subpoena on September 29, 2010;

WHEREAS Ms Ivins initially opposed enforcement of the subpoena;

WHEREAS Ms. Ivins now has no objection to the enforcement of the aforementioned subpoena via court order; it is hereby:

ORDERED that Respondent Kuziora Deposition Reporters comply with the Inspector General's subpoena served on Respondent on May 4, 2010, **within two (2) working days of this Order.** The hearing set for October 21, 2010 is hereby vacated.

Respectfully submitted,

Date: October 4, 2010                         MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorneys for Petitioner

Date: October 4, 2010                         _____/s/_____
                                              LIZA IVINS
                                              *Pro Se*

**ORDER**

Pursuant to stipulation,

**IT IS SO ORDERED.** The Clerk shall close both matters.

Dated: 1/18/10                                _Saundra B Armstrong_____
                                              SAUNDRA B. ARMTRONG
                                              United States District Judge

**[Proposed] Order**
**C 10-3669**                                 2